# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT D. RANGER,

          Petitioner

       v.

BLAIR COUNTY COMMON PLEAS
COURT,

          Respondent

: No. 72 WM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.